UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM H. BEST, | ) | No. EDCV 03-1241-RC |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | ) | |
| Defendant. | ) | |

    IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: August 11, 2008     /s/ ROSALYN M. CHAPMAN
                                      ROSALYN M. CHAPMAN
                                UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Michael J. Astrue is substituted as the defendant in this action.

MDO-R&R\03-1241.jud
8/11/08